388 A.2d 323

**COMMONWEALTH of Pennsylvania**

v.

**Robert P. McCABE, Appellant.**

Supreme Court of Pennsylvania.

Argued May 25, 1978.

Decided June 23, 1978.

Reargument Denied July 27, 1978.

MacElree, Harvey, Gallagher & Kean, Michael B. Kean, West Chester, for appellant.

Frank T. Hazel, Dist. Atty., Vram Nedurian, Jr., Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

274

## OPINION

PER CURIAM:

Order, 242 Pa.Super. 413, 364 A.2d 338, affirmed.